FILED

August 24, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002877195

5

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX:     (559) 297-3272

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of:

MELVIN G. ALAMO and
MARIA V. ALAMO

                    Debtors.

 

) Case No.: 10-16360-B-7
)
) DC No.: SAS-004
)
) **TRUSTEE'S MOTION TO SELL**
) **PROPERTY OUT OF THE**
) **ORDINARY COURSE OF**
) **BUSINESSAT PUBLIC AUCTION**
) **(11 U.S.C. Sec. 363(b)(1);(f))**
)
) **Date:    September 21, 2010**
) **Time:    10:00 A.M.**
) **Dept:    B**
) **Judge:  Honorable W. Richard Lee**
)

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2.      This case was commenced by the filing of a Chapter 7 petition on June 7, 2010. I was appointed Chapter 7 Trustee on or about June 7, 2010.

3.      I have reviewed the assets of this estate. The subject personal property is miscellaneous farming equipment and machinery **(See Exhibits A1, A2, A3)**. I am informed and believe that the sale of the property at public auction is in the best interest of the estate and will result in the quickest liquidation of the property at the full fair market value.

-1-

4.      As Trustee, I wish to sell the subject asset so that the proceeds can benefit the estate.  I have elected to sell the subject assets by means of a public auction to be held on September 24, 2010, at 9:00 a.m., at JR Searcy and Associates, 20500 Main Street, Strathmore, California 93266.

5.      I have obtained an order employing an auctioneer, JR Searcy & Associates.

6.      I believe that the sale is in the best interest of the estate.

7.      The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

8.      I am informed and believe that the subject asset is not subject to any liens.

**WHEREFORE,** the Trustee prays:

1.  For an order approving the public auction sale of the subject property described above, to be held on September 24, 2010, 9:00 a.m., at 7979 20500 Main Street, Strathmore, California 93266; and,

2.  For such other and further relief as the Court deems just and proper.


Dated:  August 23, 2010

                                                                    /s/
                                                        _____
                                                        SHERYL A. STRAIN
                                                        CHAPTER 7 TRUSTEE

-2-

TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESSAT PUBLIC
AUCTION
(11 U.S.C. Sec. 363(b)(1);(f))



# AUCTION INVENTORY SEPTEMBER 24, 2010

# MELVIN ALAMO

**A-1-1)** MF 285 WHEEL TRACTOR W/FTWTS, RB, 3PT, PTO, 1 REMOTE 16.9 X 34
S/N 30T252
**A-1-2)** FARMALL 806 WHEEL TRACTOR W/FTWTS, 3PT, PTO, 2 REMOTES, 16.9 X 38
S/N 2908
**A-1-3)** INTL 856 WHEEL TRACTOR W/FTWTS, 3PT, PTO, 2 REMOTES, 16.9 X 38
S/N 8634
**A-1-4)** FORD 4500 SKIPLOADER W/GP BKT, 3PT, PTO, REMOTE, 16.9 X 38
S/N 05014
**A-1-6)** PBM SUPPLY ATC SPRAYER W/HONDA PUMP, 55 GAL POLY TANK, 20' BOOM
**A-1-7)** 3PT BROAD CASTER
**A-1-8)** CASE 350 WHEEL TRACTOR W/PUSH BLADE, 3PT, 14.9 X 28
**A-1-9)** WIN POWER PTO GENERATOR
**A-1-10)** FORD 8 N TRACTOR, 3PT, PTO, 12.4 X 28
**A-1-11)** 8' 3PT DRAG SCRAPER
**A-1-12)** BE GE SW74 4.5 CU YD SCRAPER
S/N 51027
**A-1-13)** 39 HI QUAL CATTLE PANELS
**A-1-17)** 6 X 30" LISTER
**A-1-18)** KIRBY 20' FEED WAGON
**A-1-19)** JD 20' SPRING TOOTH W.HYD FOLD
**A-1-21)** 3 6" X 21' SIPHONS
**A-1-22)** 13' RING ROLLER
**A-1-23)** 12' INTL GRAIN DRILL W/DOUBLE DISC OPENER, SEEDER
**A-1-24)** 12' JD OFFSET DRAG DISC
**A-1-25)** 3PT, 8' COILSHANK RIPPER
**A-1-26)** 3PT, 4 ARROW OUT BAR
**A-1-27)** 3 PT, 6 X 30" LISTER W/MARKERS
**A-1-28)** LILLISTON 6 X 30" CULTIVATOR

# Exhibit A1



# AUCTION INVENTORY SEPTEMBER 24, 2010

## MELVIN ALAMO

A-1-29) 7' ROTARY CHOPPER
A-1-30) 10' RINGROLLER
A-1-31) 3PT, RIDGER W/BLOCKER
A-1-32) 10' BORDER BUCK
A-1-33) BORDER SHAPER
A-1-35) 18' A HARROW
A-1-36) 15' A HARROW
A-1-37) COOK 9' CHISEL PLOW
A-1-38) 3PT, DITCH V
A-1-39) 16' SWEET HARROW
A-1-40) 16' SWEET HARROW
A-1-42) 48" FORKS
A-1-43) 10 HIP SHOP COMPRESSOR
A-1-44) POWER FORMER, DRY TRANSFORMER
A-1-45) CAT D4 CRAWLER TRACTOR
A-1-46) FLATBED TRAILER
A-1-47) FLATBED TRAILER
A-1-48) DITCH PLOW
A-1-49) 3PT FORK ATTACHMENT
A-1-50) QTY OF 4 PLANTER UNITS
A-1-51) QTY OF 2 TANKS
A-1-52) QTY OF 4 TANKS
A-1-53) HYDRAULIC PRESS
A-1-54) FORNEY ARC WELDER
A-1-55) SET OF 48" FORK
A-1-56) LINCOLN 225 AMP WELDER
A-1-57) 3PT BOX SCRAPER
A-1-58) BOX OF MISC PARTS

# Exhibit A2



## Additional Melvin Alamo Assets

**A-1-59)** 1949 Chevy Truck
**A-1-60)** 605 Kirby Feed Wagon
**A-1-61)** Kirby 4 Wagon for Freestall
**A-1-62)** MF 50
**A-1-63)** Bean Weed Sprayer
**A-1-64)** Weed Burner on Trailer
**A-1-65)** Welder
**A-1-66)** Farmhand Loader
**A-1-67)** Additional Qty of 10 Hi Qual Cattle Panels

Galvanized Water Troughs (x4)

Corral Gates – 12'(x2)

Corral Feed Racks – 10' (x6)

Corral Feed Rack- 12' (x1)

# Exhibit A3