FILED
October 21, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003016611

ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In the Matter of

MELVIN G. ALAMO and
MARIA V. ALAMO,

          Debtors.
_____/

Case No. 10-16360-B-7F
DC No. RH-1

**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR OF LIEN**
(11 U.S.C. §363)

Date: November 17, 2010
Time: 10:00 a.m.
Dept: B

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

    Sheryl Strain respectfully represents:

    1.    She is the duly appointed, qualified, and acting trustee for the above-entitled estate.

    2.    The above-captioned case was filed under Chapter 7 on or about June 7, 2010, and an order for relief was entered. Sheryl Strain was appointed Chapter 7 Trustee on or about June 7, 2010.

    3.    This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. Section 1334(b) and (d), Section 157(b)(2)(N), and 11 U.S.C. Section 363. This is a core proceeding.

    4.    Among the assets of this estate is an interest in real property commonly known as a dairy facility located on 126.2 acres at 1369 South Hunt Road, Gustine, California.

    5.    The Trustee has obtained an offer from Jon Martens, George Martens, and Tony Martens to purchase the subject property for the total sum of $2,360,000.00 cash.

6. The Trustee has agreed to pay a commission to Pearson Realty in the amount of six percent (6%) of the purchase price in connection with the sale. The employment of Pearson Realty has been previously approved by this Court.

7. The property is being sold subject to certain existing liens and encumbrances to be paid through escrow. The Trustee has reviewed the Preliminary Report which indicates that the property is subject to delinquent property taxes totaling approximately $19,250.97, a deed of trust lien in favor of Yosemite Land Bank in the amount of approximately $1,718,167.88, a deed of trust lien in favor of the County of Merced in the amount of approximately $220,356.75, a lien created by abstract of judgment in favor of Joseph Fasulo in the amount of approximately $50,000.00, and a deed of trust lien in favor of A.L. Gilbert Company in the amount of approximately $60,000.00. The Trustee is requesting the sale be free and clear of the secured claim of A.L. Gilbert Company. The Trustee is of the opinion that the lien of A.L. Gilbert Company is avoidable pursuant to 11 U.S.C. Section 547, and therefore, is in bona fide dispute. After payment of the property taxes, existing valid liens, and costs of sale, the Trustee estimates that the estate will net approximately $187,024.40 from the sale.

8. The sale is for the real property, and no personal property is included in the sale. The sale is subject to higher and better bid in increments of $5,000.00.

9. The Trustee believes that confirmation of the sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that, after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to Jon Martens, George Martens, and Tony Martens, or nominee, for the total sum of $2,360,000.00, subject to higher and better offer at the hearing on confirmation of said sale, and that the Court authorize the payment of ordinary sale costs as contemplated by the parties in order to close escrow.

**DATED**: OCTOBER 20, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee

2